ACCEPTED
04-14-00883-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/13/2015 2:56:43 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00883-CR

| | | |
|---|---|---|
| **DARIUS DUKES** | § | **IN THE FOURTH COURT** |
| | § | |
| **vs.** | § | **OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/13/2015 2:56:43 PM
KEITH E. HOTTLE
Clerk

## MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes M. Patrick Maguire, Movant, and brings this Motion to Withdraw as Counsel and in support thereof shows:

1.    Movant is attorney of record for Darius Dukes, and was appointed by the Court to represent Defendant on appeal.

2.    Good cause to withdraw exists as specified below:

a.    Undersigned counsel has reviewed the record in this cause and no meritorious issues were found that could be urged on appeal.

3.    This withdrawal is not sought for delay, but that Defendant might be represented by counsel of his choice.

4.    The last known address of Darius Dukes is as follows:  9345 E. Highway 290, Apt. 5106, Austin, Texas 78724.

5.    A copy of this motion has been delivered to Darius Dukes, who was thereby notified in writing of his right to object to this motion.

6.    There are not any pending settings or deadlines in this case because an "Anders" Brief was filed.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court will grant his motion to withdraw on the face of this pleading.

Respectfully submitted,

M. Patrick Maguire, P.C.
Attorney and Counselor
945 Barnett Street
Kerrville, Texas 78028
Tel: (830) 895-2590
Fax: (830) 895-2594

By: /s/ M. Patrick Maguire
    M. Patrick Maguire
    State Bar No. 24002515
    Attorney for Darius Dukes

**NOTICE TO CLIENT**

This is to notify you that this Motion for Withdrawal of Counsel is set for hearing at the time and place stated herein. You do not have to agree to this motion and if you contest the withdrawal of M. Patrick Maguire as attorney in this cause, you should appear at the hearing. If you do not oppose M. Patrick Maguire's withdrawal as attorney of record in this case, you may appear in court and inform the judge that you agree with this Motion.

BY: /s/ M. Patrick Maguire
     M. Patrick Maguire
     State Bar Number: 24002515

**CERTIFICATE OF SERVICE**

This is to certify that on March 12, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Kerr County, 402 Clearwater Paseo, Kerrville, Texas 78028, by hand delivery.

 /s/ M. Patrick Maguire
M. Patrick Maguire